NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE McGEE,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-2849
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

Willie McGee, pro se.


PER CURIAM.

          Affirmed.


CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.